**Order entered April 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01436-CR

**RAYMOND CRAIG FREEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause No. F16-41797-I**

## ORDER

Before the Court is appellant's April 2, 2019 first motion for extension of time to file his brief. We **GRANT** the motion. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE